CLEAR FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

FILED
CLERK, U.S. DISTRICT COURT
MAY 2008
MAY 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

May 2, 2008

USDC Eastern District of California
4-200 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814-7300

Re: Transfer of our Civil Case No. 2:08-cv-1234-SVW(CWx)

Case Title: Samuel Brandon Kress et al v. PriceWaterHouseCoopers LLP et al

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Please use your Court's Pacer account and password to access all e-filing documents to our website http://ecf.cacd.uscourts.gov

Very truly yours,

Clerk, U.S. District Court

By Phyllis Lopez 213-894-8990
Deputy Clerk

cc: All counsel of record

===================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: 2:08-cv-0965 JAM DAD

**RECEIVED**
MAY 5 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY____________DEPUTY CLERK

Clerk, U.S. District Court

By
Deputy Clerk M. Marcial

CLEAR FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

May 2, 2008

USDC Eastern District of California
4-200 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814-7300

Re: Transfer of our Civil Case No. 2:08-cv-1234-SVW(CWx)

Case Title: Samuel Brandon Kress et al v. PriceWaterHouseCoopers LLP et al

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Please use your Court's Pacer account and password to access all e-filing documents to our website http://ecf.cacd.uscourts.gov

Very truly yours,

Clerk, U.S. District Court

By Phyllis Lopez 213-894-8990
Deputy Clerk

cc: All counsel of record

==========================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: 2:08-cv-0965 JAM DAD

RECEIVED

MAY 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY______________DEPUTY CLERK

Clerk, U.S. District Court

By [signature]
Deputy Clerk M. Marciel

UNITED STATES COURTS
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA 501 I ST., STE 4-200
SACRAMENTO, CALIFORNIA 95814-2322

OFFICIAL BUSINESS

049J82023891
$ 00.41 0
Mailed From 95814
US POSTAGE

SVW

MAY - 8 2008

U.S. DISTRICT COURT
312 NORTH SPRING STREET
ROOM G-8
LOS ANGELES, CA 90012

90012+2093